IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

EAST MCCOMB BODY SHOP, individually and on behalf of all similarly situated persons,

    Plaintiffs,

v.

CDK GLOBAL, LLC

    Defendant.

Civil Action No. 1:24-cv-06972

## NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiff East McComb Body Shop voluntarily dismisses her claims against Defendant, without prejudice, in the above captioned case. The parties shall bear their own costs, expenses, and attorneys' fees.

Dated: August 22, 2024

Respectfully Submitted,

| | |
|---|---|
| Gerald M. Abdalla, Jr.*<br>**ABDALLA LAW, PLLC**<br>602 Steed Road, Suite 200<br>Ridgeland, MS 39157<br>(601) 278-6055<br>jerry@abdalla-law.com<br><br>Timothy W. Porter*<br>**PORTER & MALOUF, P.A.**<br>Jackson, MS 39236<br>(601) 957-1173<br>tim@portermalouf.com | /s/ Shannon M. McNulty<br>Robert A. Clifford<br>Shannon M. McNulty<br>**CLIFFORD LAW OFFICES**<br>120 North LaSalle Street, 36th Floor<br>Chicago, IL 60602<br>(312) 899-9090<br>SMM@cliffordlaw.com<br><br>John A. Yanchunis<br>jyanchunis@ForThePeople.com<br>Ronald Podolny*<br>ronald.podolny@forthepeople.com<br><br>**MORGAN & MORGAN**<br>**COMPLEX LITIGATION GROUP**<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>(813) 223-5505<br>*pro hac vice to be filed<br><br>*Attorneys for Plaintiff and the Proposed Class* |